Thomas G. Trost, State Bar No. 151961
Gregory L. Maxim, State Bar No. 204242
SPROUL TROST LLP
3200 Douglas Boulevard, Suite 300
Roseville, California 95661
(916) 783-6262 – Main
(916) 783-6252 – Facsimile
Email: gmaxim@sproullaw.com

Attorneys for Intervenor Westwood Montserrat, Ltd.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| AGK SIERRA de MONTSERRAT, L.P., a Delaware limited partnership, <br><br> Plaintiff; <br><br> v. <br><br> COMERICA BANK, a Texas corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 2:15-cv-01280-KJM-AC <br><br> **STIPULATION AND ORDER CONTINUING INTERVENOR WESTWOOD MONTSERRAT LTD'S MOTION TO INTERVENE** <br><br> Date: July 1, 2016 <br> Time: 10 a.m. <br> Judge: Hon. Kimberly J. Mueller <br><br> Trial Date: July 17, 2017 |

Intervenor Westwood Montserrat, Ltd. ("Westwood"), Plaintiff AGK Sierra de Montserrat, L.P., and Defendant Comerica Bank, through their respective attorneys of record, enter into, and request that the Court approve this Stipulation to continue the hearing date (and related briefing deadlines) for Westwood's Motion to Intervene from July 1, 2016, at 10:00 a.m., to July 15, 2016 at 10:00 a.m., or as soon thereafter as may be convenient for the Court.

The parties jointly enter into this stipulation and request the Court adopt the accompanying order so as to allow the parties the opportunity to meet, confer and determine whether an agreement may be reached by the parties on those matters set forth in Westwood's motion short of proceeding with the noticed motion. Accordingly, the parties have stipulated to, and request the Court grant, the continuation of Westwood's

motion to intervene hearing date to July 15, 2016, at 10:00 a.m., or as soon thereafter as may be convenient for the Court, to provide the parties the time they believe is necessary to further confer on those matters.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:

Dated: June 16, 2016              **SPROUL TROST LLP**

By: /s Gregory L. Maxim
    Thomas G. Trost
    Gregory L. Maxim
    Attorneys for Intervenor Westwood
    Montserrat, Ltd.

Dated:  June 16, 2016             **THEODORA ORINGHER PC**

By:   /s Edward E. Johnson
    Timothy J. Gorry
    Jackie M. Joseph
    Edward E. Johnson
    Attorneys for Plaintiff AGK Sierra de
    Montserrat, L.P.

Dated:  June 16, 2016             **LEWIS BRISBOIS BISGAARD & SMITH LLP**

By:   /s Frank R. Perrott
    Frank R. Perrott
    Attorneys for Defendant Comerica Bank

//
//

{00987805;1}Case No. 2:15-cv-01280-KJM-AC          2
**STIPULATION AND ORDER CONTINUING MOTION TO INTERVENE**

## ORDER ON STIPULATION

Pursuant to the stipulation of the Parties, and good cause appearing therefor,

**IT IS SO ORDERED.**

Westwood Montserrat Ltd.'s motion to intervene shall be continued from July 1, 2016, at 10 a.m. to July 29, 2016 at 10:00 a.m.

Dated: June 22, 2016

_____
UNITED STATES DISTRICT JUDGE