Timothy J. Gorry, Esq. (State Bar No. 143797)
Edward E. Johnson, Esq. (State Bar No. 241065)
THEODORA ORINGHER PC
1840 Century Park East, Suite 500
Los Angeles, California 90067-2120
Telephone: (310) 557-2009
Facsimile: (310) 551-0283

Attorneys for Plaintiff
AGK Sierra de Montserrat, L.P.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| AGK SIERRA de MONTSERRAT, L.P., a Delaware limited partnership,<br><br>Plaintiff,<br><br>vs.<br><br>COMERICA BANK, a Texas corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:15-cv-01280-KJM-DB<br><br>Honorable Kimberly J. Mueller<br><br>**STIPULATION TO EXTEND DISCOVERY CUTOFF**<br><br>Complaint Filed: April 29, 2015<br>Trial Date: July 17, 2017 |

Plaintiff AGK Sierra de Montserrat, L.P. ("AGK") and Defendant Comerica Bank ("Comerica") hereby stipulate and agree as follows:

WHEREAS, on November 5, 2015, the Court entered a scheduling order setting the fact discovery cutoff for August 18, 2016 [ECF Docket No. 11];

WHEREAS, the parties have agreed that additional time is required to complete fact discovery, in part due to the severely impacted schedule of lead trial counsel for Comerica, Frank R. Perrott:

- For the past several months, Mr. Perrott has been preparing for trial as the lead attorney in two cases – *Delmanowski v. Gordon*, Sonoma County Superior Court

Case No. SCV254939, and *County of Calaveras v. Thornton*, El Dorado County Superior Court Case No. SC20150086. The *Delmanowski* matter had an original trial date of March 11, 2016, which was then continued to April 22, 2016. In addition to preparing for the trial in the *Delmanowski* case, Mr. Perrott had a trial date of March 21, 2016, in the *County of Calaveras* case, which was vacated by the court to accommodate Mr. Perrott's trial in the *Delmanowski* case and continued to August 8, 2016. Thus, Mr. Perrott has been continuously preparing for trial since February of 2016 and he will begin a minimum 10-day jury trial in the *County of Calaveras* case on August 8, 2016.

- Mr. Perrott is or has been the lead attorney in the present case and numerous related cases involving related subject matter including: (1) *Comerica v. Curtis A. Westwood,* Sacramento County Superior Court Case No. 34-2009-00037023; (2) *Westwood Homes, Inc. v. Comerica Bank*, Sacramento County Superior Court Case No. 34-2010-00073815; (3) *Westwood Montserrat, Ltd. v. AGK Sierra De Montserrat L.P.*, Placer County Superior Court Case No. SCV0028027; (4) *Wildlife Heritage Foundation v. Comerica Bank*, Placer County Superior Court Case No. SCV0028106; (5) *Comerica Bank v. Westwood Homes, Inc.*, Sacramento County Superior Court Case No. 34-2012-00124602; and (6) *Westwood Montserrat, Ltd. v. Comerica Bank*, Placer County Superior Court Case No. SCV0034161. Due to Mr. Perrot's intimate knowledge of the underlying facts, his significant participation during the depositions of the key percipient and expert witnesses in the present case is essential for the effective and cost-efficient representation of Comerica.

- The parties have been working diligently to complete discovery. Among other things, Comerica recently subpoenaed voluminous records from third-party witness First American Title Insurance Company.

WHEREAS, a 60-day extension of the fact discovery cutoff will not require the modification of the trial date or any other date set in the Scheduling Order;

1    WHEREAS, this is the first request by either party to extend any date in the
2  Scheduling Order, and the request is made in good faith and not for the purpose of
3  delay.
4    NOW, THEREFORE, IT IS HEREBY STIPULATED that the fact discovery
5  cutoff should be extended by 60 days, to October 17, 2016.
6    IT IS SO STIPULATED.

DATED:  August 8, 2016         THEODORA ORINGHER PC


                               By:  /s/ Edward E. Johnson
                                    Edward E. Johnson
                                    Attorneys for Plaintiff
                                    AGK Sierra de Montserrat, L.P.


DATED:  August 7, 2016         LEWIS BRISBOIS BISGAARD & SMITH LLP


                               By:  /s/ Frank R. Perrott
                                    Frank R. Perrott
                                    Attorneys for Defendant Comerica Bank

---

    For good cause shown in the parties' stipulation, the request to continue is approved.  All fact discovery shall be completed by October 17, 2016. The balance of the status (pretrial scheduling) order, ECF No. 11, remains in effect. IT IS SO ORDERED.

Dated:  August 15, 2016

                                    _____
                                    UNITED STATES DISTRICT JUDGE