Timothy J. Gorry, Esq. (State Bar No. 143797)
Edward E. Johnson, Esq. (State Bar No. 241065)
THEODORA ORINGHER PC
1840 Century Park East, Suite 500
Los Angeles, California 90067-2120
Telephone: (310) 557-2009
Facsimile: (310) 551-0283

Attorneys for Plaintiff
AGK Sierra de Montserrat, L.P.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

AGK SIERRA de MONTSERRAT,
L.P., a Delaware limited partnership,

        Plaintiff,

      vs.

COMERICA BANK, a Texas
corporation; and DOES 1 through 10,
inclusive,

        Defendants.

Case No. 2:15-cv-01280-KJM-DAD

Honorable Kimberly J. Mueller

**STIPULATION AND ORDER TO
EXTEND STAY OF ACTION**

Complaint Filed: April 29, 2015
Trial Date: July 17, 2017

      Plaintiff AGK Sierra de Montserrat, L.P. ("AGK") and Defendant Comerica Bank ("Comerica") hereby stipulate and agree as follows:

      WHEREAS, AGK alleges in this indemnity action that Comerica is obligated to indemnify it for any liability and expenses incurred in certain litigation matters, including a case pending in the California Superior Court, County of Placer, titled *Westwood Montserrat, Ltd. v. AGK Sierra de Montserrat, Ltd.*, *et al.*, Case No. SCV0032447 (the "Westwood Action");

      WHEREAS, trial in the Westwood Action is currently set for June 26, 2017, having been continued from February 27, 2017;

WHEREAS, because Comerica's potential liability in this action might depend on the outcome of the Westwood Action, the parties are unable to complete discovery or meaningfully consider settlement until the Westwood Action is resolved;

WHEREAS, among other things, according to a motion for summary adjudication recently filed by the plaintiff in the Westwood Action, the plaintiff is seeking at least $3.6 million in damages or restitution, so a judgment in AGK's favor in the Westwood Action would potentially reduce AGK's alleged damages and Comerica's alleged liability in this action by at least $3.6 million, increasing the likelihood of any settlement;

WHEREAS, on November 5, 2015, the Court entered a scheduling order setting the final pretrial conference for May 19, 2017, trial for July 17, 2017, and other case deadlines [ECF Docket No. 11];

WHEREAS, on October 13, 2016, the Court entered a stay of this action through May 5, 2017 and vacated all other dates [ECF Docket No. 27];

WHEREAS, the parties agree that extending the stay by approximately five months, until roughly three months after the anticipated completion of the trial in the Westwood Action, is warranted to conserve judicial resources and the resources of the parties, to permit time for resolution of the Westwood Action, and provide the parties with the opportunity to meaningfully consider settlement in light of the outcome of the Westwood Action;

WHEREAS, this Stipulation and Order is without prejudice to the right of either party to request at any time that the Court lift the stay prior to October 2, 2017, or extend the stay past October 2, 2017.

NOW, THEREFORE, IT IS HEREBY STIPULATED that:

(1)     this action should remain stayed in its entirety through October 2, 2017; and

(2)   a scheduling conference should be set for November 9, 2017 to reset the trial date and other case deadlines.

IT IS SO STIPULATED.

DATED:  May 3, 2017           THEODORA ORINGHER PC

                               By: /s/ Edward E. Johnson
                                   Timothy J. Gorry
                                   Edward E. Johnson
                                   Attorneys for Plaintiff
                                   AGK Sierra de Montserrat, L.P.

DATED:  May 3, 2017           LEWIS BRISBOIS BISGAARD & SMITH LLP


                               By: /s/ Frank R. Perrott (as authorized on 5/2/2017)
                                   Frank R. Perrott
                                   Attorneys for Defendant Comerica Bank



IT IS SO ORDERED that:

1)   this action shall remain stayed in its entirety through October 2, 2017;

2)   the status conference set for May 11, 2017 at 2:30 p.m. is vacated; and

3)   a scheduling conference is set for November 9, 2017 at 2:30 p.m. to reset the trial date and other case deadlines.  The parties shall confer and file a joint conference statement by November 2, 2017.

DATED:  May 9, 2017

_____
UNITED STATES DISTRICT JUDGE