UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| AGK SIERRA DE MONTSERRAT, L.P., | No. 2:15-cv-1280 KJM DAD |
|---|---|
| Plaintiff, | |
| v. | STATUS (PRETRIAL SCHEDULING) |
| COMERICA BANK, et al., | ORDER |
| Defendant. | |

Having reviewed the parties' Joint Status Report filed on March 11, 2019, the court lifts the stay in this case and sets the following schedule:

| **Description** | **Date** |
|---|---|
| Fact Discovery Cutoff | August 2, 2019 |
| Expert Disclosures | August 30, 2019 |
| Rebuttal Expert Disclosures | September 27, 2019 |
| Completion of Expert Discovery | November 1, 2019 |
| Dispositive Motions Hearing Date | December 6, 2019 at 10:00 a.m. in Courtroom No. 3 |

The court will set a Final Pretrial Conference date after the resolution of any dispositive motions, or passage of the dispositive motion cutoff, with a trial date being determined at the

1

pretrial conference. The parties should be prepared to confirm a trial date within 60 to 120 days from the date of the final pretrial conference, and should be available for trial accordingly.

DATED: March 25, 2019.

_____
UNITED STATES DISTRICT JUDGE