UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| AGK SIERRA de MONTSERRAT, L.P., a Delaware limited partnership,<br><br>Plaintiff,<br><br>vs.<br><br>COMERICA BANK, a Texas corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.  2:15-cv-01280-KJM-DB<br><br>Hon. Kimberly J. Mueller<br><br>**ORDER RE STIPULATION OF PARTIES TO CONTINUE DATE OF FINAL PRETRIAL CONFERENCE**<br><br>Trial Date:      None Set |

Good cause appearing the court adopts the parties' stipulation, ECF No. 74, to continue the parties' Final Pretrial Conference from November 4, 2021, at 2:30 p.m. to November 18, 2021, at 2:30 p.m.  The parties shall meet and confer and file a Joint Pretrial Statement no less than three weeks prior to the Final Pretrial Conference.  *See* E.D. L.R. 282.  The provisions of Local Rule 281 shall apply with respect to the matters to be included in the joint pretrial statement.  If represented by counsel, at least one of the attorneys who will conduct the trial shall attend the Final Pretrial Conference.

All motions *in limine* must be filed in conjunction with the joint pretrial statement.  In most cases, motions *in limine* are addressed and resolved on the morning of the first day of trial.  The parties may alert the court at the Final Pretrial Conference and in their final Joint Pretrial Statement that a particular motion or motions should be resolved earlier.  At the Final Pretrial

Conference, the court will set a briefing and hearing schedule on the motions *in limine* as necessary. The parties are reminded that a motion *in limine* is a pretrial procedural device designed to address the admissibility of evidence. The court looks with disfavor upon dispositional motions presented at the Final Pretrial Conference or at Trial in the guise of motions *in limine*.

      The November 18, 2021 hearing will proceed by video conferencing through the *Zoom* application. The Courtroom Deputy will provide counsel with the hearing access information no less than 24 hours before the hearing.

      IT IS SO ORDERED.

      This order resolves ECF No. 74.

DATED: October 19, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE