UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGK Sierra de Montserrat, L.P., | No. 2:15-cv-01280-KJM-DB |
| Plaintiff, | ORDER |
| v. | |
| Comerica Bank, | |
| Defendant. | |

The court ordered the parties to meet and confer and file a Joint Pretrial Statement three weeks before the Final Pretrial Conference set for November 18, 2021. Min. Order, ECF No. 73; Prev. Order (Oct. 19, 2021), ECF No. 75. Plaintiff AGK Sierra de Montserrat, L.P., has filed a Pretrial Statement. Pretrial Statement, ECF No. 76. AGK maintains that it endeavored to meet and confer with defendant Comerica Bank to no avail. *Id.* at 2. The deadline to file the Pretrial Statement has now passed, and Comerica Bank has not complied with the court's previous order to meet and confer and file a joint statement.

The court orders **Comerica Bank to show cause why the court should not impose sanctions in the amount of $250 for its failure to comply with the court's previous order.** Any response shall be filed **within 14 days**.

/////

/////

1

1 |       The court also **vacates the Final Pretrial Conference and resets it for**

2 | **January 21, 2022 at 10:00 a.m.**  The parties shall file a Joint Pretrial Statement three weeks prior

3 | to the Final Pretrial Conference.

4 |       IT IS SO ORDERED.

5 | DATED: November 8, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE